IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Chad Kister, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00119 |
| v. | : | Judge Graham |
| Chris Henry, *et al.*, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

The Clerk of Court is DIRECTED to remove plaintiff's February 28, 2012 request to suspend case number 2:12-cv-00119 and renew case number 2:10-cv-00395 (doc. 5) from the pending motions list. On September 10, 2012, Judge Marbley denied his motion in case number 2:10-cv-00395. *See* doc. 20 in case no. 2:10-cv-00395.

s/ Mark R. Abel
United States Magistrate Judge