IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Chad Kister, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00119 |
| v. | : | Judge Sargus |
| Chris Henry, *et al.*, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

The Clerk of Court is DIRECTED to remove plaintiff's July 26, 2012 motion for discovery (doc. 28) from the pending motions list. Requests for discovery are not filed with the Court. Plaintiff should serve his discovery requests on counsel for defendants.

s/ Mark R. Abel
United States Magistrate Judge