IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Chad Kister, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00119 |
| v. | : | Judge Sargus |
| Chris Henry, *et al.*, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiff's October 10, 2012 motion for a preliminary pretrial conference (doc. 35) is DENIED. On June 7, 2012, I issued a scheduling order setting deadlines for completing discovery and filing dispositive motions. *See* doc. 18. Although a court "may order attorneys and any unrepresented parties to appear for one or more pretrial conferences," Rule 16(a), Fed. R. Civ. P., all that is required is a scheduling order. Rule 16(b)(1), Fed. R. Civ. P. If plaintiff believes there are scheduling issues that need the attention of the court, he should first bring those issues to the attention of defendants' counsel. Then plaintiff and counsel for the defendants should jointly file a proposed order that would modify the current scheduling order. Failing to reach an agreement on a modified scheduling order, the parties should file a joint status report that describes the scheduling issues and sets out both sides' proposals.

The Clerk of Court is DIRECTED to remove plaintiff's April 2, 2012 motion for discovery (doc. 7) from the pending motions list. Requests for discovery are not filed with the Court. Plaintiff should serve his discovery requests on counsel for defendants.

s/Mark R. Abel<br>United States Magistrate Judge