UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHAD KISTER,

      Plaintiff,

v.

CHRIS HENRY, *et al.*,

      Defendants.

Case No. 2:12-CV-00119
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

Plaintiff, who is proceeding *pro se*, brings this action against various Defendants alleging claims pursuant to 42 U.S.C. § 1983. Currently pending before the Court are four dispositive motions. The record reflects that Plaintiff has filed responses to the Motion to Dismiss of Defendant Pat Kelly and the Motion for Summary Judgment of Defendant Jeff Benseler. (*See* ECF Nos. 29, 31.) Nevertheless, from the record it appears that Plaintiff has failed to respond to the Motion to Dismiss of Chris Henry and Tri-County Mental Health and Counseling (ECF No. 21) and the Motion for Summary Judgment of Defendant O'Bleness Memorial Hospital (ECF No. 38).

Given Plaintiff's *pro se* status, and in an abundance of caution, the Court will allow Plaintiff a final **FOURTEEN (14) DAY** period from the date of this Order to respond to the Motion to Dismiss of Chris Henry and Tri-County Mental Health and Counseling and the Motion for Summary Judgment of Defendant O'Bleness Memorial Hospital. Given the age of the pending Motions, Plaintiff should not anticipate any further extensions. Plaintiff is cautioned that failure to respond may result in dismissal of his claims. If Plaintiff does respond,

Defendants shall have **FOURTEEN (14) DAYS** to reply.

    **IT IS SO ORDERED.**

1-10-2013
**DATE**

 

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**