UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHAD KISTER,

        Plaintiff,

        v.

CHRIS HENRY, *et al.*,

        Defendants.

Case No. 2:12-CV-00119
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

On January 10, 2013, the Court issued an Order giving Plaintiff a final fourteen (14) day period to respond to pending motions. In an abundance of caution, the Court will extend this period by **SEVEN (7) DAYS**. There will be no further extensions of this response time. Assuming Plaintiff does respond, Defendants shall still have **FOURTEEN (14) DAYS** to reply.

**IT IS SO ORDERED.**

1-16-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE