**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CHAD KISTER,**

       **Plaintiff,**

  **v.**

**CHRIS HENRY,** *et al.,*

       **Defendants.**

**Case No. 2:12-CV-00119**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Mark R. Abel**

**ORDER**

This matter is before the Court for consideration of Plaintiff's Motion Requesting a Court Ordered Release. Plaintiff brings this action based on his involuntary commitment to Appalachian Behavioral Health Care. Within his current Motion, Plaintiff seeks relief from this institution so that he may obtain information in his house that will assist him in responding to Defendants' currently pending dispositive motions. The Court finds that Plaintiff has not provided adequate grounds to permit his release.[1] Accordingly, Plaintiff's Motion Requesting a Court Ordered Release is **DENIED.** (ECF No. 45.)

    **IT IS SO ORDERED.**

_____1-24-2013_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that this Order has no bearing on Plaintiff's related action in which he seeks habeas relief.